UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REIORDAN D. JONES,<br><br>Defendant. | CASE NO. CR07-0232JLR<br><br>SCHEDULING ORDER ON MOTION FOR REDUCTION OF SENTENCE |

THIS MATTER comes on before the above-entitled court *sua sponte*. On January 30, 2019, Defendant filed a Motion to Reduce Sentence re: Section 404 of the First Step Act (Dkt. # 103). Pursuant to that filing, the following Scheduling Order is generated.

1. The Government's Response shall be due no later than February 7, 2019.

2. The Clerk of Court shall note Defendant's Motion to Reduce Sentence on the

//

//

ORDER - 1

court's calendar for February 8, 2019. A hearing on the Motion, if necessary, is scheduled for February 11, 2019, at 11:00 a.m.

Dated this 5th day of February, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2