1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR07-0232JLR |
| Plaintiff, | ORDER |
| v. | |
| REIORDAN D. JONES, | |
| Defendant. | |

Before the court is Defendant Reiordan D. Jones's motion for early termination of supervised release.  (Mot. (Dkt. # 113).)  Plaintiff the United States of America ("the Government") opposes Mr. Jones's motion, citing Mr. Jones's January 2020 arrest and citation for driving under the influence of alcohol and August 2021 positive alcohol test. (Resp. (Dkt. # 114); *see also* 3/27/20 Order (Dkt. # 111); 9/13/21 Order (Dkt. # 112).)  In light of these violations, the court agrees with the Government that the support and structure that the Probation Office provides to Mr. Jones should remain in place.

1    Therefore, the court DENIES Mr. Jones's motion for early termination of supervised

2    release (Dkt. # 113).

3         Dated this 31st day of January, 2022.

4

5                                        _____

6                                        JAMES L. ROBART
                                         United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2